UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 08-129-HRW

WILLIAM CHAD WHITLOW,                                         PETITIONER,

v.

JOSEPH MEKO,
Warden, Little Sandy Correctional Complex,                    RESPONDENT.

William Chad Whitlow filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 to challenge his sentence in state court. Consistent with local practice, the matter was referred to United States Magistrate Edward B. Atkins for initial consideration.

Magistrate Judge Atkins has since issued a report and recommends that Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1] be denied and that this matter be dismissed with prejudice [Docket No. 12].

Petitioner has not filed particularized objections to the report and recommendation and the time for doing so has passed.

After carefully considering the record, the Court finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED,**

(1) that the Magistrate Judge's report and recommendation [Record No. 12] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion,

(2) that in conformity therewith, Petitioner's Petition for Writ of Habeas Corpus [Docket Nos. 1 and 3], Motion to Consider Calculations [Docket No. 7] and Motion for Evidentiary Hearing [Docket No. 11] be **OVERRULED** and

(3) that this action be **DISMISSED WITH PREJUDICE** and **STRICKEN** from the docket of this Court.

This 6th day of May. 2010.



Henry R. Wilhoit, Jr., Senior Judge